PAULA KRAUSS ET AL. *v.* CARL C. CHI ET AL.
(10777)

LANDAU, HEIMAN and FREEDMAN, Js.

Argued September 24—decision released October 20, 1992

*David Pinciaro,* for the appellants (named plaintiff et al.).

*Henry A. Salton,* assistant attorney general, with whom, on the brief, was *Richard Blumenthal,* attorney general, and *Richard J. Lynch,* assistant attorney general, for the appellees (defendants).

PER CURIAM. The judgment is affirmed.